IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

THERESA OLSZEWSKI COLE,
AKA THERESA COLE,
AKA THERESA O. COLE,

Debtor

CHAPTER 13

CASE NO. 5:21-bk-01163-MJC

Application of Attorney for Chapter 13
Debtor for Compensation and
Reimbursement of Expenses

## ORDER APPROVING FINAL COMPENSATION TO COUNSEL FOR DEBTOR

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses* filed by Debtor's counsel, Dkt. # 35, and it appearing that the parties have resolved the Trustee's Objection to same via Stipulation, Dkt. #s 36, 39, it is hereby

**ORDERED** that the following amounts are awarded: compensation in the amount of $6,341.75 and reimbursement of expenses in the amount of $572.14 for a total sum of $6,913.89. This compensation is in addition to all amounts previously paid by the Debtor, approved by this Court, or that were included in the confirmed plan. Counsel is authorized to apply the $1,313.00 of client funds that it is holding in its trust account toward this amount. The remaining $5,600.89 may be paid by the Chapter 13 Trustee.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 25, 2024